Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

Paul V. Simpson, Esq. (SBN 83878)
SIMPSON GARRITY INNES & JACUZZI
A PROFESSIONAL CORPORATION
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
(650) 615-4860
(650) 615-4861 – Facsimile
psimpson@sgijlaw.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JMW CARPET AND FLOORING, INC., et al.,<br><br>Defendants. | Case No.: C14-5029 JST<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE; [PROPOSED] ORDER THEREON**<br><br>Judge: The Honorable Jon S. Tigar |

The parties in the above-titled action respectfully request that the mediation deadline, currently scheduled for July 29, 2015, be continued for approximately sixty (60) days. Good cause exists for the granting of a continuance, as follows:

1. As the Court's records will reflect, this action was filed on November 13, 2014 to compel Defendants to comply with the terms of their Collective Bargaining Agreement.

1

2.    Defendant JMW Carpet and Flooring, Inc., a California Corporation, was served with the Complaint by substitute service on December 18, 2014, with a December 19, 2014 mailing deeming service effective on December 29, 2014.  Defendant Joe Hy Wang, individually and *dba* J W Carpet & Flooring *aka* Joe Wang Carpet and Flooring, was served with the Complaint by substitute service on December 15, 2014, with a December 17, 2014 mailing deeming service effective on December 27, 2014.

3.    Plaintiffs filed a Proof of Service of Summons with the Court on January 9, 2015.

4.    Plaintiffs agreed to give Defendants an extension to January 31, 2015 to file responsive pleadings to the Complaint.

5.    Defendants retained counsel and filed an Answer on January 30, 2015.

6.    On April 29, 2015, the parties filed a Stipulation agreeing to participate in mediation. On April 30, 2015, the Court issued an Order referring this matter to mediation, and setting a mediation deadline of July 29, 2015.

7.    On May 28, 2015, the Court issued a Notice appointing Robert Pohls as mediator.

8.    The parties scheduled an initial telephone conference with Mr. Pohls for June 17, 2015. However, on June 16, 2015, Plaintiffs' auditors finalized the audit report and it became available for Defendants' review so the parties agreed to continue the telephone conference so that Defendants had time to review and comment on the audit report.

9.    The parties have been in communication regarding the audit findings and are working toward an informal resolution.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10. In the interest of conserving costs, as well as the Court's time and resources, the parties respectfully request that the mediation deadline, currently scheduled for July 29, 2015, be continued for approximately sixty (60) days to allow sufficient time for the parties to work toward an informal resolution of this matter.

Dated: July 23, 2015

**SALTZMAN & JOHNSON LAW CORPORATION**

By: /S/
Erica J. Russell
Attorneys for Plaintiffs

Dated: July 23, 2015

**SIMPSON GARRITY INNES & JACUZZI, A PROFESSIONAL CORPORATION**

By: /S/
Paul V. Simpson
Attorneys for Defendants

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set mediation deadline is hereby continued to   Sept. 25, 2015  , and all related deadlines are extended accordingly.

Date: July 23, 2015

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT

3

**STIPULATION TO CONTINUE MEDIATION DEADLINE; [PROPOSED] ORDER THEREON**
**Case No.: C14-5029 JST**

**ATTESTATION CERTIFICATE**

In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated: July 23, 2015

By: _____/S/_____
Erica J. Russell
Attorneys for Plaintiffs