United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JMW CARPET AND FLOORING, INC., et al., <br><br> Defendants. | Case No.  14-cv-05029-JST <br><br> **ORDER TO FILE STIPULATION OF DISMISSAL** |

The parties recently provided notice to the Court stating that they have settled this case. See ECF No. 28.  Accordingly, all deadlines and hearings in this case are VACATED.

By January 20, 2016, the parties shall file either a stipulation of voluntary dismissal or a one-page joint statement explaining why they failed to file one.  The Court also hereby SETS a case management conference on February 3, 2016, which will be automatically vacated if the stipulation of dismissal is timely filed.  If the conference goes forward, counsel are ordered to appear personally.

Any continuance of the deadlines set in this Order requires a showing of good cause.

IT IS SO ORDERED.

Dated: September 25, 2015

_____
JON S. TIGAR
United States District Judge