UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JMW CARPET AND FLOORING, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-05029-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 31 |

Plaintiffs District Council 16 Northern California Health and Welfare Trust Fund, et al. filed a notice of voluntarily of voluntary dismissal on December 28, 2015.  ECF No. 31.  Because Plaintiffs dismissed the action before Defendants JMW Carpet and Flooring, Inc., et al. moved for summary judgment, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  This case has been dismissed without prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: December 29, 2015

_____
JON S. TIGAR
United States District Judge